**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2226**

_____

ALICE L. ROSEBORO,

              Plaintiff - Appellant,

     v.

COMPORIUM COMMUNICATIONS, Rock Hill Telephone Co; MARY
GRAVELEY; TIFFANY THOMPSON; LOUIS RIDINGER; FRANK MARSHALL;
GLEN MCFADDEN; JEFF BUSHARDT,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Margaret B. Seymour, Chief
District Judge. (0:10-cv-03267-MBS-PJG)

_____

Submitted: January 22, 2013      Decided: January 24, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Alice L. Roseboro, Appellant Pro Se. Beverly A. Carroll,
HAMILTON MARTENS BALLOU & SIPE, LLC, Rock Hill, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice L. Roseboro seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying her motion for default judgment and sanctions in her ongoing employment discrimination action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Roseboro seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. Roseboro's motion to amend/correct letter is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED